**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**DANIEL MIZRAHI,**

Plaintiff,

v.

**U.S. CUSTOMS AND BORDER PROTECTION,**

a component of the U.S. Department of Homeland Security,

Defendant.



FILED BY_____D.C.

FEB 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**COMPLAINT FOR INJUNCTIVE RELIEF**

(Freedom of Information Act, 5 U.S.C. § 552)

**INTRODUCTION**

This action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel disclosure of agency records unlawfully withheld by Defendant U.S. Customs and Border Protection.

**JURISDICTION AND VENUE**

This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

Venue is proper in this district because Plaintiff resides in this district and the requested records are maintained by a federal agency.

**PARTIES**

Plaintiff Daniel Mizrahi is a United States citizen residing at 1330 97th Street, Bay Harbor Islands, Florida 33154.

Defendant U.S. Customs and Border Protection (CBP) is a component of the U.S. Department of Homeland Security and an agency within the meaning of FOIA.

**FACTUAL BACKGROUND**

On July 3, 2025, Plaintiff submitted a FOIA request to CBP (Tracking No. CBP-FO-2025-157909) seeking records related to Global Entry revocation and screening determinations.

CBP produced records that were heavily redacted and withheld current responsive information under exemptions (b)(6), (b)(7)(C), and (b)(7)(E).

On November 18, 2025, Plaintiff filed an administrative appeal (CBP-AP-2026-001957) challenging the adequacy of the search and the withholding of records.

CBP failed to issue a determination within the time required by FOIA.

On January 26, 2026, Plaintiff submitted a follow-up appeal (CBP-AP-2026-004255) due to the lack of response.

On January 30, 2026, CBP closed the second appeal as a duplicate and confirmed the original appeal remained pending.

Plaintiff has exhausted administrative remedies.

## CLAIMS FOR RELIEF

### Count I — Failure to Comply with FOIA Deadlines

Defendant failed to make a timely determination on Plaintiff's administrative appeal.

### Count II — Unlawful Withholding of Records

Defendant has improperly withheld agency records responsive to Plaintiff's FOIA request.

### Count III — Failure to Segregate Non Exempt Material

Defendant failed to release reasonably segregable non exempt portions of responsive records.

### Count IV — Improper Invocation of FOIA Exemptions

Defendant failed to demonstrate foreseeable harm as required by the FOIA Improvement Act of 2016.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

A. Order Defendant to conduct an adequate search for responsive records;

B. Order Defendant to produce all non exempt records;

C. Require Defendant to provide a Vaughn index describing withheld material;

D. Order release of all reasonably segregable portions;

E. Declare Defendant's withholding unlawful;

F. Award costs and litigation expenses pursuant to 5 U.S.C. § 552(a)(4)(E);

G. Grant such other relief as the Court deems just and proper.

Dated: February 25, 2026

Respectfully submitted,

Daniel Mizrahi

1330 97th Street

Bay Harbor Islands, FL 33154

Plaintiff, Pro Se