**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-21329-LMR

DANIEL MIZRAHI,

     Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION
*a component of the U.S. Department of Homeland Security*,

     Defendant.

_____/

**ORDER SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**

     **THIS MATTER** is before the Court upon the parties' Joint Motion for Entry of Briefing Schedule for Motions for Summary Judgment. [ECF No. 14]. The Court has considered the Motion and is duly advised in the premises. It is hereby **ORDERED AND ADJUDGED** that

     The Joint Motion, [ECF No. 14], is **GRANTED**. In lieu of a standard trial setting order and the deadlines provided therein, the Court enters the following schedule for briefing of summary judgment motion(s):

Defendant's Motion for Summary Judgment Due: **October 13, 2026**.

Plaintiff's Response to Defendant's Motion for Summary Judgment Due: **December 1, 2026**

Defendant's Reply Due: **January 5, 2027.**

     **DONE AND ORDERED** in Miami, Florida, this 7th day of July 2026.

**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:    All parties.